**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01295-CV

**LBSP, INC., Appellant**

**V.**

**FOREST DALE, INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10542**

## ORDER

We **GRANT** appellant's March 4, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than April 15, 2015. No further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
          JUSTICE